UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA CHAPMAN McCULLEY, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN O'MALLEY, ) <br> *Commissioner of Social Security,* ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 4:23-CV-135-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the Commissioner's consent motion to remand (D.E. 16).**

**IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The Clerk is DIRECTED to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

This Judgment Filed and Entered on January 16, 2024 with service on:
Aaron Lee Dalton (via CM/ECF Notice of Electronic Filing)
Kenneth DiVito (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk