UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| CHRISTINA CHAPMAN MCCULLEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 4:23-CV-135-BM |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorneys' fees pursuant to 28 U.S.C. § 2412.**

**IT IS ORDERED, ADJUDGED AND DECREED that the motions [DE-19; 20] by plaintiff Christina Chapman McCulley are ALLOWED. The Commissioner shall pay $3,100.00 in attorney's fees associated with this case in full satisfaction of any and all claims arising under the EAJA. Plaintiff shall be reimbursed for the filing fee of $402.00 from the Treasury Judgment Fund. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Aaron L. Dalton, and mailed to counsel at the following address pursuant to plaintiff's assignment [DE-19-2] to her attorney of the right to payment of attorney's fees under the EAJA: Aaron L. Dalton, Attorney for Plaintiff, Chad Brown Law, PLLC, P.O. Box 786, Statesville, NC 28687. If the award is subject to the Program, the balance shall be mailed to Attorney Dalton at the above address and the check made payable to him if allowed by the Program.**

This Judgment Filed and Entered on May 9, 2024 with service on:
Aaron Lee Dalton (via CM/ECF Notice of Electronic Filing)
Kenneth DiVito (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk